| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Aloi, Michael J. | 2. Court or Organization US District Court for the Northern District of West Virginia | 3. Date of Report 08/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full time US Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address 500 West Pike Street PO Box 2857 Clarksburg, WV 26302-2857 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Part time Instructor | WVU College of Law |
| 2. | Director | Ohio/West Virginia YMCA |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | Michael John Aloi and Timothy J. Manchin, rental property in Fairmont WV, owned by Manaloi, LLC |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | WVU College of Law- Adjunct Professor | $12,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | WV Wesleyan College, Professor, Director of School of Business and MBA Program |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aloi, Michael J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Buckhannon, WV Rental 1 | D | Rent | L | W | | | | | |
| 2. Fairmont, WV Rental 2 | D | Rent | N | W | | | | | |
| 3. Amcap | A | Dividend | J | T | Sold (part) | 04/13/17 | J | B | |
| 4. | | | | | Sold (part) | 07/21/17 | J | A | |
| 5. Am Balanced | A | Dividend | J | T | Sold (part) | 04/13/17 | J | B | |
| 6. | | | | | Sold (part) | 07/21/17 | J | A | |
| 7. Capitol Inc. Bldr. | A | Dividend | J | T | Sold (part) | 04/13/17 | J | A | |
| 8. | | | | | Sold (part) | 07/21/17 | J | A | |
| 9. | | | | | Sold (part) | 10/16/17 | J | A | |
| 10. Capitol World G/I | A | Dividend | K | T | Sold (part) | 04/13/17 | J | B | |
| 11. | | | | | Sold (part) | 07/21/17 | K | B | |
| 12. | | | | | Sold (part) | 08/23/17 | J | B | |
| 13. | | | | | Sold (part) | 09/22/17 | J | A | |
| 14. | | | | | Sold (part) | 10/16/17 | J | C | |
| 15. | | | | | Sold (part) | 10/23/17 | J | A | |
| 16. Fundamental Inv. | A | Dividend | J | T | Sold (part) | 04/13/17 | J | B | |
| 17. | | | | | Sold (part) | 07/21/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Inv. Co. of Am. | A | Dividend | K | T | Sold (part) | 04/13/17 | J | B | |
| 19. | | | | | Sold (part) | 10/16/17 | J | A | |
| 20. New Economy | A | Dividend | J | T | Sold (part) | 07/21/17 | J | A | |
| 21. Edward Jones Adv. Solutions Growth III | A | Dividend | J | T | | | | | |
| 22. CREF Equity Index R2 | | None | L | T | | | | | |
| 23. CREF Social Choice R2 | | None | L | T | | | | | |
| 24. CREF Equity Index R3 | | None | K | T | | | | | |
| 25. CREF Social Choice R3 | | None | K | T | | | | | |
| 26. Bridge Builder Core Bond | E | Dividend | K | T | | | | | |
| 27. Bridge Builder Core Plus Bond | A | Dividend | J | T | | | | | |
| 28. Bridge Builder Large Growth | A | Dividend | J | T | | | | | |
| 29. Bridge Builder Large Value | A | Dividend | K | T | | | | | |
| 30. Bridge Builder Smallmid Growth | A | Dividend | J | T | | | | | |
| 31. Bridge Builder Smallmid Value | A | Dividend | J | T | | | | | |
| 32. Capital World Bond Fund Cl F2 | A | Dividend | J | T | | | | | |
| 33. Dimensional Dfa INTL Value Fd | A | Dividend | K | T | | | | | |
| 34. Dodge & Cox Stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aloi, Michael J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Europacific Growth Fund Cl F2 | A | Dividend | | | Sold | 06/15/17 | J | A | |
| 36. Franklin Mutual Shares Cl Z | A | Dividend | J | T | | | | | |
| 37. Jh Disciplined Value Mid Cap | A | Dividend | J | T | | | | | |
| 38. JP Morgan US Govt Mmf Capital | A | Dividend | J | T | | | | | |
| 39. MainStay ICAP Select Equity | A | Dividend | | | Sold | 03/06/17 | J | | |
| 40. Metropolitan West Ttl Ret BD | A | Dividend | J | T | | | | | |
| 41. MFS International Value | A | Dividend | J | T | | | | | |
| 42. PIMCO Total Return IV | A | Dividend | J | T | | | | | |
| 43. Prudential High-Yield | A | Dividend | J | T | | | | | |
| 44. Prudential Jenn Mid Cap Gr | A | Dividend | J | T | | | | | |
| 45. T Rowe Price Instl Lrge Cp Gr | B | Dividend | J | T | | | | | |
| 46. T Rowe Price INTL Stock Fd 1 | A | Dividend | | | Sold (part) | 03/06/17 | J | A | |
| 47. | | | | | Sold | 06/15/17 | J | | |
| 48. T Rowe PRice INTL Discovery 1 | A | Dividend | J | T | | | | | |
| 49. Victory Sycamore Small Co C11 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aloi, Michael J. | 08/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I understand for the CREF accounts although I am listing no income, I asume that there was income (because the total value of the accounts increased) but the statement does not list that detail.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael J. Aloi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544